# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

C.H. HILL, )
        Plaintiff, ) Case No. 2:07-cv-01727-JCM-CWH
vs. ) **ORDER**
ARDELE BARRETT, *et al.*, )
        Defendants. )

    This matter is before the Court on Plaintiff's Motion for Leave to file Amended Pleading (#8), Motion to File A Longer Than Normal Civil Rights Complaint (#9), and Motion for Service of Process (#10), all filed on July 29, 2013. The Court notes that Plaintiff's Application for Leave to Proceed *in forma pauperis* was denied on February 23, 2009. Additionally, Plaintiff never paid the filing fee of $400 to proceed with this action. Moreover, Plaintiff voluntarily requested that the Court dismiss this action on March 19, 2008. *See* Notice #2. As a result, this action was closed on March 19, 2008. Therefore, Plaintiff's attempt to file a complaint and request service of process more than five years after this action was closed cannot be accepted. There is no indication that Plaintiff appealed the dismissal of this action to the Ninth Circuit and this case has been closed for several years. As a result, no further filings should be submitted in this action.

    Based on the foregoing and good cause appearing therefore,

    **IT IS HEREBY ORDERED** that Plaintiff's Motion for Leave to file Amended Pleading (#8) is **denied**.

    **IT IS FURTHER ORDERED** that Plaintiff's Motion to File A Longer Than Normal Civil Rights Complaint (#9) is **denied**.

    **IT IS FURTHER ORDERED** that Plaintiff's Motion for Service of Process (#10) is **denied**.

1    DATED this 31st day of July, 2013.

2

3
                                        _____
4                                       **C.W. Hoffman, Jr.**
                                        **United States Magistrate Judge**
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28